UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

| | | |
|---|---|---|
| EASTON ANTHONY WILSON, | ) | |
| | ) | |
| Plaintiff | ) | |
| v. | ) | Criminal No. 03-18-B-S |
| | ) | Civil No. 07-12-P-S |
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Defendant | ) | |

## ORDER AFFIRMING THE
## RECOMMENDED DECISION OF THE MAGISTRATE JUDGE

No objections having been filed to the Magistrate Judge's Recommended Decision (Docket No. 14) filed June 18, 2007, the Recommended Decision is **AFFIRMED**.

Accordingly, it is **ORDERED** that the United States' Motions to Dismiss (Docket No. 8) is **GRANTED**. The 28 U.S.C. §2255 motion (Docket No. 1) is **DENIED**.

      /s/ George Z. Singal
      Chief United States District Judge

Dated this 10th day of July, 2007.