UNITED STATES DISTRICT COURT

DISTRICT OF MAINE

| | |
|---|---|
| EASTON ANTHONY WILSON,<br><br>                Plaintiff<br><br>v.<br><br>UNITED STATES OF AMERICA,<br><br>                Defendant | Criminal No. 03-18-B-S<br>Civil No. 07-12-P-S |

**ORDER DENYING EASTON WILSON'S OBJECTION TO THE RECOMMENDED DECISION AND AFFIRMING THE RECOMMENDED DECISION OF THE MAGISTRATE JUDGE**

Easton Wilson, who pled guilty to five federal drug charges, filed a 28 U.S.C. § 2255 motion seeking relief from his 320-month sentence on the grounds that his attorney was ineffective.  The Magistrate Judge issued a Report and Recommended Decision on June 18, 2007.  July 10, 2007 was the deadline for objecting to the Report and Recommended Decision.  On July 10, 2007, after reviewing the § 2255 Motion, the United States' Motion to Dismiss, and the Report and Recommended Decision, the Court issued its Order affirming the Recommended Decision of the Magistrate Judge.  The Court now has before it Easton Wilson's Objection to the Report and Recommended Decision, filed on July 12, 2007.  Although the objection was filed beyond the deadline, this Court has thoroughly reviewed the objection and reconsidered the Magistrate Judge's Recommended Decision, together with the entire record, and having made a de novo

determination of all matters adjudicated by the Magistrate Judge's Recommended Decision, ORDERS as follows:

    (1) Easton Wilson's objection be, and it is hereby, DENIED; and

    (2) the Recommended Decision of the Magistrate Judge be, and it is hereby, AFFIRMED.

SO ORDERED.

    /s/ George Z. Singal_____
    George Z. Singal
    Chief U.S. District Court Judge

Dated at Portland, Maine this 16th day of July, 2007.